UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

JACOB RAMIE PRATT,

       Plaintiff,                            3:10-CV-0615-RCJ (VPC)

vs.                                       **MINUTES OF THE COURT**

MINNIX, *et al.*,                         Date:  February 10, 2011

       Defendants.

PRESENT:
THE HONORABLE   VALERIE P. COOKE  , UNITED STATES MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN          REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF:   NONE APPEARING

COUNSEL FOR DEFENDANTS:   NONE APPEARING

MINUTE ORDER IN CHAMBERS:   XXX

     Plaintiff's motion for defendants' to provide the court with the last known address of James Minnix (#13) is **GRANTED**.

     **IT IS ORDERED** that the Office of the Attorney General shall file the last known address of James Minnix *under seal* on or before **Friday, February 18, 2011**.  The last known address of James Minnix shall be kept under seal by the court and shall not be provided to the plaintiff.

     **IT IS FURTHER ORDERED** that the Clerk shall issue a summons for **James Minnix** and send the same to the U.S. Marshal with the address provided under seal.  The Clerk shall send to plaintiff one USM-285 form, one copy of the complaint (#5), and one copy of this order for the defendant.  Plaintiff shall have until **Tuesday, March 1, 2011,** to complete the USM-285 service forms and return them along with the other documents to the U.S. Marshal for service.

     **IT IS SO ORDERED**.

                                                        LANCE S. WILSON, CLERK

                              By:        /s/
                                    Deputy Clerk