UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| JACOB RAMIE PRATT, | ) | 3:10-CV-0615-RCJ (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | June 27, 2011 |
| JAMES MINNIX, et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff filed a motion for defendants to provide the court with the correct and current address of defendant James Minnix (#31), and defendants filed a response (#32). No reply was filed.

James Minnix is no longer employed by the Nevada Department of Corrections. Defendants provided the last known address in their file for defendant James Minnix (#19) as ordered (#17). The U.S. Marshal attempted service at the last known address and was unable to locate James Minnix (#28). Defendants will be not required to search for Mr. Minnix. Therefore, plaintiff's motion for defendants to provide the court with the correct and current address of defendant James Minnix (#31) is **DENIED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:          /s/
     Deputy Clerk