AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

JACOB RAMIE PRATT,

    Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

                        CASE NUMBER: **3:10-CV-00615-RCJ-VPC**

JAMES MINNIX, et al.,

    Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** the Motion for Summary Judgment (#22) is **GRANTED**.

| February 2, 2012 | **LANCE S. WILSON** |
|---|---|
| | Clerk |

                                                                    /s/ D. R. Morgan
                                                                     Deputy Clerk