## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| JACOB RAMIE PRATT, | ) | 3:10-CV-0615-RCJ (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | April 23, 2014 |
| | ) | |
| JAMES MINNIX, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:         LISA MANN         REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The District Court has vacated the trial set in this matter and referred this case for a status conference (#69).  A status conference is set for **Wednesday, May 21, 2014 at 2:00 p.m.** before United States Magistrate Judge Valerie P. Cooke in Courtroom One, 400 S. Virginia Street, Reno, Nevada.  The Office of the Attorney General shall make arrangements for the plaintiff to appear telephonically.  The parties shall meet and confer and file a joint status report which includes an expedited discovery plan and scheduling order on or before **Friday, May 16, 2014.** The parties shall also advise the court if they wish to participate in a settlement conference.

Pending before the court are several motions.  The court will address each one in turn.

**#61 Plaintiff's motion for order scheduling discovery**

Plaintiff filed a motion for order scheduling discovery (#61).  Defendants filed a notice of non-opposition (#63).  Therefore, the motion for order scheduling discovery (#61) is **GRANTED.**  The parties shall meet and confer and set forth an expedited discovery plan and scheduling order in this case.  To the extent that disputes arise, the court will address this issue at the status conference.

**#64  Defendants' motion for clarification of the operative complaint**

Defendants move for clarification of the court's order #42 which states, in pertinent part:

> If defendants oppose plaintiff's motion to amend, they shall file such opposition no later than Wednesday, November 16, 2011. Otherwise, plaintiff's motion to amend will be granted as unopposed and the case will proceed on the amended complaint as prepared by plaintiff.

No opposition was filed to defendants' motion for clarification (#64); therefore, the motion is **GRANTED**.  Plaintiff's motion to amend complaint (#40) is **GRANTED**.  The Clerk shall **DETACH** and **FILE** plaintiff's amended complaint attached to the motion (#40).

**#65  Defendants' motion for enlargement of time to answer complaint**

Defendants' motion for enlargement of time to answer complaint (#65) is **GRANTED**.  Defendants shall have to and including **Friday, May 9, 2014** to file an answer or other response to the amended complaint.

**#67  Defendants' motion to continue trial**

Defendants' motion to continue trial (#67) is **DENIED as moot** since trial in this matter has been vacated per the court's order (#69).

**IT IS SO ORDERED.**

                          LANCE S. WILSON, CLERK

By:_____/s/_____
      Deputy Clerk